Thomas E. Fitzgerald, Respondent, v. Newton Falls Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Stephen P. Gurney, Respondent, v. The Village of Earlville, Appellant.— Order unanimously affirmed, with costs.

Elizabeth Hall, Respondent, v. The Cooper Land Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Houghton, J., dissenting, and Sewell, J., not voting.

Clara E. Holmes, Respondent, v. Alfred Hemstreet, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

John Hook, Appellant, v. Michigan Mutual Life Insurance Company, Respondent.— Judgment unanimously affirmed, with costs. Cochrane, J., not sitting.

Edward A. Kiley, as Trustee in Bankruptcy of Darwin W. Tayntor, Bankrupt, Appellant, v. Emma H. Tayntor and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Alexander L. Ladd, Respondent, v. Central New York Telephone and Telegraph Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $3,500, in which case the judgment, as so modified, and the order are affirmed, without costs. All concurred, except Smith, P. J., and Cochrane, J., who voted for affirmance.

Hyman Leventhal and Max Leventhal, Respondents, v. The Phenix Insurance Company of Brooklyn, Appellant, Impleaded with The Ulster County Savings Institution.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Probate of the Last Will and Testament of William Coughlin, Deceased. Hannah Rochford, Proponent, Appellant; Patrick Coughlin and Others, Respondents.— Decree affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Joseph A. Murphy, as Executor, etc., of Edward Johnson, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order unanimously affirmed, with costs.